UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RAUL MORALES-GARCIA,<br><br>　　　　Defendant. | Criminal No. 03-CR-0035-L<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR AN ORDER TO ADJUDICATE SUPERVISED RELEASE AND SENTENCE IMPOSED IN THE INTEREST OF JUSTICE PURSUANT TO 18 U.S.C. § 3583**<br><br>[Doc. No. 15] |

　　　Defendant Raul Morales-Garcia has filed a Motion for an Order to Adjudicate Supervised Release and Sentence Imposed in the Interest of Justice Pursuant to 18 U.S.C. § 3583. Defendant was originally sentenced in this case to a 30-month term of imprisonment and a one-year period of supervised release. Defendant is alleged to have violated his supervised release by committing another federal offense, as evidenced by his conviction for illegal reentry of a deported alien in Southern District of California case number 04-CR-3103-GT. (Petition for Warrant or Summons for Offender Under Supervision, Doc. No. 12.)

　　　Defendant requests that the Court sentence him on the pending supervised release petition to a term concurrent with the federal sentence currently being served. To the extent that the Court may have discretion to accept Defendant's waiver of appearance in this matter and

sentence him on the supervised release violation in absentia and without the presence of counsel, the Court declines to do so.  Defendant has not demonstrated that such action is warranted by his conduct while on supervised release, nor in the interest of justice.  Accordingly, Defendant's Motion for an Order to Adjudicate Supervised Release and Sentence Imposed in the Interest of Justice Pursuant to 18 U.S.C. § 3583 is **DENIED**.

     **IT IS SO ORDERED**.

DATED:  December 6, 2006

                                        M. James Lorenz
                                        United States District Court Judge